JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DIST. OF PA.

THOMAS BERKELBAUGH, Petitioner )
  v. )   CIVIL ACTION NO: 1:CV-00-1423
RAYMOND COLLERAN, et al., ) (Judge Rambo)
  Respondents )

**MOTION TO LOCATE AND HAVE SERVED ON RESPONDENTS, HABEAS CORPUS PETITION**

FILED
HARRISBURG, PA
FEB 12 2001
MARY E. D'ANDREA, C
Per _____ Deputy Clerk

Now comes Thomas Berkelbaugh, pro-se, and requests this Honorable Court to locate the Habeas Corpus Petition filed in the above case and have service made on Respondents. Petitioner avers the following:

(1) A Petition For Writ of Habeas Corpus was filed in this Honorable Court on August 3, 2000;

(2) On Nov. 14, 2000 Petitioner's in forma pauperis Motion was denied and Petitioner was ORDERED (pg. 2 # 1 (a.)) to submit a check for $5.00 so service could be ORDERED;

(3) On Nov. 20, 2000 a check was issued for $5.00 to the Clerk of Courts from Petitioner's prison account;

(4) On Dec. 15, 2000 by Memorandum and Order the above case was supposed to be transferred to the Western District of Pennsylvania;

(5) to date, repeated inquiries to the Western District, Pittsburgh, PA, have gone unanswered and the Petition has still not been served.

WHEREFORE, Petitioner prays this Honorable Court will ORDER the 'Petition' located and served on Respondents.

AND HE SHALL FOREVER PRAY

Respectfully,
Thomas Berkelbaugh, AP-TR
1600 Walters Mill Rd.
Somerset, PA. 15510
2-9-01

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DIST. OF PA.

Thomas Berkelbaugh, Petitioner
v.
Raymond Colleran, et al., Respondents

Civil No 1: CV-00-1423
Judge Rambo

MOTION TO LOCATE AND HAVE SERVED ON
RESPONDENTS, HABEAS CORPUS PETITION

Now comes Thomas Berkelbaugh, Pro-se, and requests this Honorable Court to locate the Habeas Corpus Petition filed in the above case and have service made on Respondents. Petitioner avers the following:

(1) A Petition For Writ of Habeas Corpus was filed in this Honorable Court on August 3, 2000;

(2) On Nov. 14, 2000 Petitioner's in forma pauperis Motion was denied and Petitioner was ORDERED (pg. 2 # 1(c)) to submit a check for $5.00 so service could be ordered;

(3) On Nov. 20, 2000 a check was issued for $5.00 to the Clerk of Courts from Petitioner's prison account;

(4) On Dec. 15, 2000 by Memorandum and Order the above case was supposed to be transferred to the Western District of Pennsylvania;

(5) To date, repeated inquiries to the Western District, Pittsburgh, PA., have gone unanswered and the petition has still not been served.

Wherefore, Petitioner Petitioner prays this Honorable Court will order the Petition located and served on Respondents.

AND HE SHALL FOREVER PRAY.

Respectfully,
Thomas Berkelbaugh, AP-491
1600 Walters Mill Rd.
Somerset, PA. 15510

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DIST. OF PA.

THOMAS BERKELBAUGH, Petitioner

V.

RAYMOND COLLERAN, et al., Respondents

Civil No 1: CV-00-1423
Judge Rambo

## MOTION TO LOCATE AND HAVE SERVED ON RESPONDENTS, HABEAS CORPUS PETITION

Now comes Thomas Berkelbaugh, pro-se, and requests this Honorable Court to locate the Habeas Corpus Petition filed in the above case and have service made on Respondents. Petitioner avers the following:

(1) A Petition for Writ of Habeas Corpus was filed in this Honorable Court on August 3, 2000;

(2) On Nov. 14, 2000 Petitioner's in forma pauperis Motion was granted and Petitioner was ORDERED (pg. 2 #1(a)) to submit a check for $5.00 so service could be ordered;

(3) On Nov. 20, 2000 a check was issued for $5.00 to the clerk of courts from Petitioner's prison account;

(4) On Dec. 15, 2000 by Memorandum and Order the above case was supposed to be transferred to the Western District of Pennsylvania;

(5) To date, repeated inquiries to the Western District, Pittsburgh, PA., have gone unanswered and the petition has still not been served.

Wherefore, Petitioner petitioner prays this Honorable Court will order the petition located and served on Respondents.

AND HE SHALL FOREVER PRAY.

Respectfully,
Thomas Berkelbaugh, AP-991
1600 Walters Mill Rd.
Somerset, PA. 15510

2-9-01

RE: Berkelbaugh v. Colleran, et. al., No 1:CV-00-1423
(Judge Rambo)

Dear Clerk of Courts;

Enclosed please find my "Motion" and 2 copies. Would you please docket and return a time-stamped copy to me for my records.

Please be advised that I have been continuously confined in solitary confinement since Jan. 1997 without adequate access to law books, typewriter, xeroxing or stamps. I apologize for any inconvenience this may cause, and, would appreciate any time and consideration you could give me in this matter.

Thank you.

Sincerely,

Thomas Berkelbaugh AP-9917
1600 Walters Mill Rd.
Somerset, Pa. 15510