19

2/21/01

MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS BERKELBAUGH,                :    CIVIL ACTION NO. 1:CV-00-1423

      Petitioner                :

   v.                             :

RAYMOND COLLERAN, ET AL.,          :    (Judge Rambo)

     Respondents               :

**FILED**
HARRISBURG, PA

FEB 21 2001

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

ORDER

By order dated December 15, 2000, this court granted
Petitioner's motion for a change of venue and his case was
transferred to the United States District Court for the Western
District of Pennsylvania.  Consequently, Petitioner's "motion to
locate and have served on respondents habeas corpus petition"
(Doc. 16) will be denied without prejudice as moot.  The
Petitioner may refile his motion in the Western District if he
so chooses.

SYLVIA H. RAMBO
United States District Judge

Dated:  February  21  , 2001.

SR:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

February 21, 2001

Re:  1:00-cv-01423    Berkelbaugh v. Colleran


True and correct copies of the attached were mailed by the clerk
to the following:


    Thomas Berkelbaugh
    SCI-SOMERSET
    AP-9917
    1600 Walters Mill Road
    Somerset, PA  15510



cc:
Judge                      (X )            (X ) Pro Se Law Clerk
Magistrate Judge           ( )             ( ) INS
U.S. Marshal               ( )             ( ) Jury Clerk
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Ct Reporter                ( )
Ctroom Deputy              ( )
Orig-Security              ( )
Federal Public Defender    ( )
Summons Issued             ( )  with N/C attached to complt. and served by:
                                U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5        ( )
Order to Show Cause        ( )  with Petition attached & mailed certified mail
                                to:  US Atty Gen   ( )   PA Atty Gen ( )
                                     DA of County  ( )   Respondents ( )
Bankruptcy Court           ( )
Other_____    ( )

                                                  MARY E. D'ANDREA, Clerk


DATE: February 21st, 2001                    BY: _____
                                                 Deputy Clerk