ORIGINAL

(19)
3/7/01
vfg

3-2-01
Re: Beckelbaugh v. Colleran, et al. 1:CV-00-1423
Judge Rambo

Dear Clerk of Courts;

I received an Order in the above captioned case denying my "Motion To Locate Serve Habeas Corpus Petition" as moot because it was transferred to the Western District of PA. on Dec. 15, 2000. Please be advised that the Western District of PA Clerk of Courts has advised me by letter dated March 1, 2001 that the Clerk's Office (P.O. Box 1805, Psh, PA. 15230) has no record of the case.

Would you please advise soonest what happened to the case and why it was not transferred?

Thank you for your time and help in this matter.

Sincerely,

Thomas Beckelbaugh AP-9917
1600 Walters Mill Rd.
Somerset, PA. 15510

FILED
HARRISBURG
MAR 0 6 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK